UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -7 AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 MJ 2438

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No.: _____ |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., |
| ROSA, Jose Adan ) | Sections 952 and 960(a) - Importation of a Controlled Substance and Possession of a Controlled Substance |
| Defendant. ) | |

The undersigned complaint being duly sworn states:

On or about August 6, 2008, within the Southern District of California, defendant, Jose Adan ROSA, did knowingly and intentionally import approximately 245.17 pounds (111.44 kilograms) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF AUGUST, 2008.

MAGISTRATE JUDGE



## STATEMENT OF FACTS

On August 6, 2008, at approximately 4:15 a.m., Jose Adan ROSA entered the United States at the Otay Mesa Port of Entry, San Diego, CA. ROSA was the driver and sole occupant in a 1989 Dodge van bearing CA/US license plate 6N62290. Customs and Border Protection Officer/ Canine Enforcement Officer (CBPO/CEO) R. Pagan while conducting preprimary enforcement roving operations witnessed his CBP K-9 "NIKO" (CF-82) alert to a narcotic odor emanating from the a 1989 Dodge van. CEO R. Pagan requested assistance.

CBPO T. Hall responded to CBPO R. Pagan's request for assistance and arrived at pre-primary lane 4. ROSA gave CBPO T. Hall two negative declarations. CBPO T. Hall asked ROSA where he was going and he replied he was going to his home in Chula Vista. CBPO T. Hall conducted a cursory inspection of the vehicle. CBPO T. Hall noticed ROSA was avoiding eye contact and was sitting in an awkward position. CBPO T. Hall discovered a space discrepancy in the vehicle's roof and referred the vehicle to the secondary inspection lot.

CBPO J. Navarez was assigned to inspect and process the 1989 Dodge van (CA/US 6N62290) that was driven by Jose ROSA. CBPO J. Navarez was notified of the K-9 alert. CBPO J. Navarez discovered packages concealed in a non factory compartment underneath the vehicle's roof. The packages were wrapped with cellophane and were in vacuum sealed bags. CBPO J. Navarez randomly selected and probed a package and discovered a green leafy substance which field-tested positive for marijuana. CBPO J. Navarez removed a total of fifty-four (54) packages weighing 111.44 kilograms (245.17 pounds) of marijuana from the non factory compartment underneath the vehicle's roof.

ROSA was read his Miranda rights in the Spanish language on August 6, 2008 and waived his rights at 11:30 a.m. The following statements were given by ROSA:

> ROSA claims he bought the vehicle approximately two months ago. ROSA claims he bought the vehicle from an unknown male in San Ysidro, California. ROSA described the unknown male as a 35 to 40 year old Mexican male 5'5" in height and with a thin build. ROSA claimed that he paid $800 USD for the vehicle. ROSA stated he frequently crosses the border and sometimes stays at his girl-friend's (Marta Nogerra Sandoval) house in Tijuana. ROSA claimed he entered Mexico on 08/05/2008 at approximately 3 or 4 p.m. at went to Marta's house. ROSA claimed he parks the vehicle in front of his girl-friend's house on the street. ROSA claimed he never loans the vehicle to anyone and he has the only keys to the vehicle. ROSA stated that he was once offered $10,000 USD to cross drugs to the United States but declined. ROSA claimed he receives a government disability remuneration of approximately $200.00 USD. ROSA claimed that he register the vehicle under his name. ROSA claimed that he was going to El Cajon to meet a man at a gas station. ROSA

claimed that he is homeless but he sometimes stays with Marta Nagerra Sandoval (his girl-friend) in Tijuana.
The interview ended at 12:30 pm on August 6, 2008.

_____
Manuel Ramirez
**Special Agent**
**Immigration and Customs**
**Enforcement**