1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org

6 Attorneys for Defendant Mr. Rosa

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2438 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **JOSE ADAN GONZALEZ ROSA,** | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 11, 2008         *s/ ANDREW LAH*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               andrew_lah@fd.org

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467 Ext. 3737
4  Facsimile:    (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Rosa

7

8                             UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 08MJ2438
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )    **PROOF OF SERVICE**
                                    )
14 **JOSE ADAN GONZALEZ ROSA,**     )
                                    )
15              Defendant.          )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 11, 2008                              *s/ ANDREW LAH*
                                                       **ANDREW LAH**
23                                                     Federal Defenders of San Diego, Inc.,
                                                       andrew_lah@fd.org
24

25

26

27

28